No. 97–1695. FLANAGAN ET AL. *v.* AHEARN ET AL. C. A. 5th Cir. The Court reversed the judgment below in *Ortiz* v. *Fibreboard Corp., ante,* p. 815. Therefore, certiorari granted, and case remanded for further proceedings.

No. 98–4. ARKANSAS DEPARTMENT OF EDUCATION, VOCATIONAL AND TECHNICAL EDUCATION DIVISION *v.* JACOBY ET AL. Sup. Ct. Ark. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alden* v. *Maine, ante,* p. 706.

No. 98–667. FEDERAL LABOR RELATIONS AUTHORITY *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NASA* v. *FLRA, ante,* p. 229.

No. 98–731. REGENTS OF UNIVERSITY OF CALIFORNIA *v.* GENENTECH, INC., ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *College Savings Bank* v. *Florida Prepaid Postsecondary Ed. Expense Bd., ante,* p. 666. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 98–972. LOWERY ET AL. *v.* CIRCUIT CITY STORES, INC. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kolstad* v. *American Dental Assn., ante,* p. 526.

No. 98–1110. NEW MEXICO DEPARTMENT OF PUBLIC SAFETY ET AL. *v.* WHITTINGTON ET AL. Ct. App. N. M. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alden* v. *Maine, ante,* p. 706.